■ In the Matter of FRANK ZIOLKOWSKI, Respondent, v. BENEDICT T. HOLTZ et al., Constituting the Town Board of the Town of Cheektowaga, Appellants.— Orders unanimously affirmed, with costs. (Appeal from order of Erie Supreme Court adjudging the resolution of the Cheektowaga Town Board which revoked petitioner's building permit to be null and void; and appeal from an intermediate order of Erie Special Term denying motion for a dismissal of the petition.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ JOHN MOLINARI, Respondent, v. GARDEN PARTY HOUSE, INC., Appellant, et al., Defendant.— Judgment and order unanimously reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: Upon the record before us, the finding implicit in the verdict of the jury that any negligence of the Garden Party House, Inc., was a proximate cause of the accident was against the weight of evidence. (Appeal from judgment of Monroe Trial Term for plaintiff and against defendant Garden Party House, in an action for damages for personal injuries alleged to have been sustained by reason of unsafe place to work. The order denied a motion for a new trial.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ JOHN MOLINARI, Appellant, v. GARDEN PARTY HOUSE, INC., Defendant, and BRUNSWICK-BALKE-COLLENDER Co., Respondent.— Judgment and order unanimously affirmed, without costs of this appeal to either party. (Appeal from judgment and order of Monroe Trial Term, for defendant Brunswick-Balke-Collender Co. for no cause of action and dismissing the complaint and amended complaint. The order denied plaintiff's motion for a new trial.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ BARBARA W. CROSS et al., Respondents, v. STAR SUPER MARKETS, INC., et al., Appellants, et al., Defendant. — Judgment and order unanimously affirmed, with costs. (Appeals from a judgment, as amended, and from an order of Monroe Trial Term for plaintiffs, in an action under a claimed breach of warranty to recover damages for personal injuries alleged to have been sustained by plaintiff Barbara Cross as the result of the explosion of a Coca-Cola bottle. The order denied a motion by defendant Star Super Markets, Inc., for a new trial.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ BARBARA W. CROSS et al., Plaintiffs, v. STAR SUPER MARKETS, INC., Respondent, and ROCHESTER COCA-COLA BOTTLING CORPORATION, Appellant, et al., Defendant.— Judgment unanimously affirmed, with costs. (Appeal from a judgment of Monroe Trial Term awarding defendant Star Super Markets judgment against defendant Rochester Coca-Cola Bottling Corporation on a cross complaint by defendant in an action for breach of warranty.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ JESSIE E. BARNES, Respondent, v. WILLIE BARNES, Appellant.— Judgment and order unanimously reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict of the jury was against the weight of evidence. (Appeal from judgment of Erie Trial Term for plaintiff in an automobile negligence action. The order denied a motion for a new trial.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.